IN THE SUPREME COURT OF THE STATE OF NEVADA

RADE Q. ZONE,

               Appellant,

    vs.

FREMONT STREET EXPERIENCE LLC,

               Respondent.

No. 80600

FILED

MAR 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

      This is a pro se appeal from a district court order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

      Review of the notice of appeal, docketing statement, and documents before this court reveals a jurisdictional defect. It does not appear that the district court has entered a final judgment appealable under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). The challenged order grants summary judgment only in favor of respondent Fremont Street Experience, LLC. And, although a minute order issued on February 20, 2020, appears to resolve appellant's claims against respondent City of Las Vegas, it appears that the district court has not entered a final written judgment disposing of the claims. *See State, Div. of Child & Family Serv. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451-54, 92 P.3d 1239, 1243-45 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal

20-09007

with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (stating that the district court's minute order is ineffective and cannot be appealed). As no other statute or court rule allows an appeal from the challenged order, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Adriana Escobar, District Judge
       Rade Q. Zone
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Eighth District Court Clerk

---

[1]Once the district court has entered a final, written order resolving all of the claims and issues below, any aggrieved party may appeal.